IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEARIQ BHATTI, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 05-690 KAJ |
| J.P. MORGAN CHASE, a Delaware corporation, | ) |
|         Defendant. | ) |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendant, J.P. Morgan Chase.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 576-3345; (302) 576-3286
bwilloughby@ycst.com; tcheek@ycst.com
Attorneys for Defendant,
J.P. Morgan Chase

Dated: October 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF, and further caused a copy of same to be served by hand delivery on the following counsel of record:

>Gary W. Aber, Esquire
>Aber Goldlust Baker & Over
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ _____
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 576-3345; (302) 576-3286
bwilloughby@ycst.com; tcheek@ycst.com
Attorneys for Defendant,
J.P. Morgan Chase

Dated: October 1, 2005