IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEARIQ BHATTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No. 05-690 KAJ | |
| | ) | |
| J.P. MORGAN CHASE, a Delaware corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION TO EXTEND TIME

The parties, by and through the undersigned counsel hereby stipulate and agree, subject

to the approval of the Court, that the time for filing of Defendant, J.P. Morgan Chase's, Answer

or other responsive pleading is hereby extended to November 15, 2005.

ABER, GOLDLUST, BAKER & OVER

Gary W. Aber, Esquire (ID #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900; (302) 472-4920
gaber@gablawde.com
Attorney for Plaintiff,
Teariq Bhatti

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Barry M. Willoughby, Esquire (ID #1016)
Teresa A. Cheek, Esquire (ID #2657)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6666; (302) 576-3345
bwilloughby@ycst.com; tcheek@ycst.com
Attorney for Defendant,
J.P. Morgan Chase

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge