IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEARIQ BHATTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-690 KAJ |
| | ) |
| J.P. MORGAN CHASE, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

STIPULATION FOR BRIEFING SCHEDULE

The parties, by and through the undersigned counsel, hereby stipulate and agree that briefing on Defendant's Motion to Dismiss shall take place on the following schedule:

1. Defendant's Opening Brief shall be filed on or before December 16, 2005;

2. Plaintiff's Answering Brief shall be filed on or before January 17, 2006; and

3. Defendant's Reply Brief on or before January 31, 2006.

ABER, GOLDLUST, BAKER & OVER

_/s/ Gary W. Aber_
Gary W. Aber, Esquire (No. 754)
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899
Telephone: (302) 472-4900
Facsimile: (302) 472-4920
gaber@gablawde.com
Attorneys for Plaintiff

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_/s/_
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 576-3345; (302) 576-3286
bwilloughby@ycst.com; tcheek@ycst.com
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2005.

_____
J.