# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 21, 2005

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza - #600
Wilmington, DE  19801

Barry M. Willoughby, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street - 17th Fl.
Wilmington, DE  19801

Re:   Teariq Bhatti v. J.P. Morgan Chase
      Civil Action No. 05-690-KAJ

Dear Counsel:

    I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court