IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI | ) |
| | ) |
| Plaintiff, | ) C.A. No.: 05-690 (KAJ) |
| | ) |
| v. | ) TRIAL BY JURY DEMANDED |
| | ) |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties in the above-captioned matter, that briefing on the Defendant's pending Partial Motion to Dismiss, shall proceed as follows:

| | |
|---|---|
| Plaintiff's Answering Brief | January 30, 2006 |
| Defendant's Reply Brief | February 10, 2006 |
| Argument (If any) | At the convenience of the Court |

ABER, GOLDLUST, BAKER & OVER       YOUNG, CONAWAY, STARGATT & TAYLOR

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

/s/ Barry M. Willoughby
BARRY M. WILLOUGHBY (DSB #1016)
TERESA A. CHEEK (DSB #2657)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
302-571-6666
Attorneys for Defendant

SO ORDERED, this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan