IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEARIQ BHATTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-690 KAJ |
| | ) |
| J.P. MORGAN CHASE, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

STIPULATION FOR BRIEFING SCHEDULE

The parties, by and through the undersigned counsel, hereby stipulate and agree that Defendant's Reply Brief in support of Defendant's Motion to Dismiss shall be filed on or before February 15, 2006.

| ABER, GOLDLUST, BAKER & OVER | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Gary W. Aber* | /s/ *Teresa A. Cheek* |
| Gary W. Aber, Esquire (No. 754) | Barry M. Willoughby, Esquire (No. 1016) |
| First Federal Plaza, Suite 600 | Teresa A. Cheek, Esquire (No. 2657) |
| P.O. Box 1675 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| Telephone: (302) 472-4900 | P.O. Box 391 |
| Facsimile: (302) 472-4920 | Wilmington, Delaware 19899-0391 |
| gaber@gablawde.com | Telephone: (302) 571-6666; (302) 571-6676 |
| Attorneys for Plaintiff | Facsimile: (302) 576-3345; (302) 576-3286 |
| | bwilloughby@ycst.com; tcheek@ycst.com |
| | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.J.