IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEARIQ BHATTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-690 KAJ |
| | ) |
| J.P. MORGAN CHASE BANK, N.A., | ) TRIAL BY JURY DEMANDED |
| a National Corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, Esquire, hereby certify that on February 10, 2006, two copies of Defendants' First Request for Production of Documents Directed to Plaintiff were mailed, postage prepaid, via First Class Mail, to the following counsel of record:

Gary W. Aber, Esquire
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Teresa A. Cheek*
_____
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19879-0391
Telephone: (302) 571-6666; Facsimile (302) 576-3345
(302) 571-6676; Facsimile (302) 576-3286
bwilloughby@ycst.com; tcheek@ycst.com
Attorneys for Defendant

Dated: February 10, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of Defendant's First Request for Production of Documents Directed to Plaintiff, with the Clerk of the Court using CM/ECF, and further caused a copy of same to be served by hand delivery on the following counsel of record:

> Gary W. Aber, Esquire
> First Federal Plaza, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek*

Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6666; (302) 576-3345
(302) 571-6676; (302) 576-3286
bwilloughby@ycst.com, tcheek@ycst.com
Attorneys for Defendant

Dated: February 10, 2006