IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-690 (KAJ) |
| | ) |
| v. | ) |
| | ) TRIAL BY JURY DEMANDED |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT**

I, Teresa A. Cheek, hereby certify that on March 10, 2006, two copies of Defendant's Responses to Plaintiff's First Set of Interrogatories Directed to Defendant were hand delivered to the following attorney of record:

> Gary W. Aber, Esquire
> Aber, Goldlust & Baker
> First Federal Plaza
> Suite 600
> P.O. Box 1675
> Wilmington, DE 19899-1675

> YOUNG, CONAWAY, STARGATT & TAYLOR
>
> /s/ *Teresa A. Cheek*
> _____
> Barry M. Willoughby (Bar No. 1016)
> Teresa A. Cheek (Bar No. 2657)
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899
> 302-571-6666, 302-571-6676
> Attorneys for Defendant

Dated: March 10, 2006

CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2006, I electronically filed a true and correct copy of the foregoing Defendant's Notice of Service of Defendant's Responses to Plaintiff's First Set of Interrogatories Directed to Defendant and this Certificate of Service, with the Clerk of the Court using CM/ECF, and further caused a copy of same to be served by hand delivery on the following counsel of record:

> Gary W. Aber, Esquire
> First Federal Plaza, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Teresa A. Cheek*
> _____
> Barry M. Willoughby, Esquire (No. 1016)
> Teresa A. Cheek, Esquire (No. 2657)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6666; (302) 576-3345
> (302) 571-6676; (302) 576-3286
> bwilloughby@ycst.com, tcheek@ycst.com
> Attorneys for Defendant

Dated: March 10, 2006