IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-690 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

I, Teresa A. Cheek, hereby certify that on March 10, 2006, two copies of Defendant's Responses to Plaintiff's First Request for Production of Documents Directed to Defendant were hand delivered to the following attorney of record:

> Gary W. Aber, Esquire
> Aber, Goldlust & Baker
> First Federal Plaza
> Suite 600
> P.O. Box 1675
> Wilmington, DE 19899-1675

> YOUNG, CONAWAY, STARGATT & TAYLOR
>
>   /s/  *Teresa A. Cheek*
> _____
> Barry M. Willoughby (Bar No. 1016)
> Teresa A. Cheek (Bar No. 2657)
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899
> 302-571-6666, 302-571-6676
> Attorneys for Defendant

Dated: March 10, 2006

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on March 10, 2006, I electronically filed a true and correct copy of the foregoing Defendant's Notice of Service of Defendant's Response to Plaintiff's First Request for Production of Documents and this Certificate of Service, with the Clerk of the Court using CM/ECF, and further caused a copy of same to be served by hand delivery on the following counsel of record:

          Gary W. Aber, Esquire
          First Federal Plaza, Suite 600
          P.O. Box 1675
          Wilmington, DE 19899

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ Teresa A. Cheek*
          _____
          Barry M. Willoughby, Esquire (No. 1016)
          Teresa A. Cheek, Esquire (No. 2657)
          The Brandywine Building
          1000 West Street, 17th Floor
          P.O. Box 391
          Wilmington, Delaware  19899-0391
          (302) 571-6666; (302) 576-3345
          (302) 571-6676; (302) 576-3286
          bwilloughby@ycst.com, tcheek@ycst.com
          Attorneys for Defendant

Dated:  March 10, 2006