IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

The parties, by the undersigned counsel, hereby stipulate and agree that Count Two of Plaintiff's Second Amended Complaint is hereby dismissed, with prejudice.

| | |
|---|---|
| ABER, GOLDLUST, BAKER & OVER | YOUNG, CONAWAY, STARGATT & TAYLOR |
| /s/ Gary W. Aber | /s/ Barry M. Willoughby |
| GARY W. ABER (DSB #754) | BARRY M. WILLOUGHBY (DSB #1016) |
| First Federal Plaza, Suite 600 | TERESA A. CHEEK (DSB #2657) |
| 702 King Street, P.O. Box 1675 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| 302-472-4900 | Wilmington, DE 19899 |
| Attorney for Plaintiff | 302-571-6666 |
| | Attorneys for Defendant |

SO ORDERED, this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan