IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties in the above-captioned matter, that the scheduling order shall be amended as follows:

Plaintiff's Expert Designation     June 1, 2006

Defendant's Expert Designation   July 1, 2006


ABER, GOLDLUST, BAKER & OVER     YOUNG, CONAWAY, STARGATT & TAYLOR


\_\_\_\_/s/ Gary W. Aber_____       \_\_\_\_/s/ Barry M. Willoughby_____
GARY W. ABER (DSB #754)                         BARRY M. WILLOUGHBY (DSB #1016)
First Federal Plaza, Suite 600                       TERESA A. CHEEK (DSB #2657)
702 King Street, P.O. Box 1675                    1000 West Street, 17th Floor
Wilmington, DE  19899                                P.O. Box 391
302-472-4900                                              Wilmington, DE  19899
Attorney for Plaintiff                                     302-571-6666
                                                                  Attorneys for Defendant

SO ORDERED, this _____day of _____, 2006.


_____
The Honorable Kent A. Jordan