IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEARIQ BHATTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-690 KAJ |
| | ) |
| J.P. MORGAN CHASE BANK, N.A., | ) TRIAL BY JURY DEMANDED |
| a National Corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DEPOSITION**

TO:  Gary W. Aber, Esquire
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Teriq Bhatti on Friday, July 21, 2006, beginning at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek*
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286;
bwilloughby@ycst.com; tcheek@ycst.com;
Attorneys for Defendant, J.P. Morgan Chase

Dated: June 8, 2006

DB02:5355652.1                                                            058653.1004

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, I electronically filed a true and correct copy of the foregoing Notice of Deposition with the Clerk of the Court using CM/ECF, and further caused a copy of same to be served by hand delivery on the following counsel of record:

>Gary W. Aber, Esquire
>Aber Goldlust Baker & Over
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek*
_____
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286;
bwilloughby@ycst.com; tcheek@ycst.com;
Attorneys for Defendant,
J.P. Morgan Chase

Dated: June 8, 2006