LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

June 15, 2006

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

**HAND DELIVER**
The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

RE: Bhatti v. J.P. Morgan Chase Bank, N.A.
C.A. No.: 05-690 (KAJ)

Dear Judge Jordan:

This is the status report of the plaintiff in the above-captioned matter, preliminary to a Status Conference, which is scheduled for Monday, June 15, 2006 at 4:30 p.m.

I have conferred with the defendant concerning the status of this matter, and I think that the defendant will agree with my summary.

As your Honor may recall, this is a proceeding in which a claim of discrimination is made based upon both age and National Origin. The parties have exchanged initial written discovery by way of interrogatories and production of documents. The plaintiff will be submitting additional written discovery directed to the damages issue. The plaintiff's deposition is scheduled for July 21, 2006 and defendants' witnesses depositions will be taken on July 24, 2006 and July 25, 2006. This will leave us an additional five (5) to six (6) weeks of time for any additional discovery in this matter, prior to the discovery cut off. As of this date, no serious difficulties have presented themselves.

If Your Honor needs any additional information, please feel free to contact me.

Respectfully,

Gary W. Aber

GWA/mac
cc: Teresa A. Cheek, Esquire (By Hand)