IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE,** that Plaintiff's Fourth Set of Interrogatories Directed to Defendant were hand delivered to the following on July 24, 2006:

    Teresa A. Cheek
    Young, Conaway, Stargatt & Taylor
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE  19899

    ABER, GOLDLUST, BAKER & OVER

    /s/ Gary W. Aber.
    GARY W. ABER (DSB #754)
    First Federal Plaza, Suite 600
    702 King Street, P.O. Box 1675
    Wilmington, DE  19899
    302-472-4900
DATED:  July 24, 2006    Attorney for Plaintiff