IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, <br><br> Plaintiff, <br><br> v. <br><br> J.P. MORGAN CHASE, a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 05-690 (KAJ) <br> ) <br> ) <br> ) TRIAL BY JURY DEMANDED <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE OF DEFENDANT'S ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES DIRECTED TO DEFENDANT**

I, Teresa A. Cheek, hereby certify that on August 7, 2006, two copies of Defendant's Responses to Plaintiff's First Set of Interrogatories Directed to Defendant were hand delivered to the following attorney of record:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> First Federal Plaza, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899-1675

> YOUNG, CONAWAY, STARGATT & TAYLOR
>
> /s/ *Teresa A. Cheek*
> _____
> Barry M. Willoughby (Bar No. 1016)
> Teresa A. Cheek (Bar No. 2657)
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899
> 302-571-6666, 302-571-6676
> Attorneys for Defendant

Dated: August 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006, I electronically filed a true and correct copy of the foregoing Defendant's Notice of Service of Defendant's Answers to Plaintiff's Second Set of Interrogatories Directed to Defendant and this Certificate of Service, with the Clerk of the Court using CM/ECF, and further caused a copy of same to be served by hand delivery on the following counsel of record:

>Gary W. Aber, Esquire
>Aber, Goldlust, Baker & Over
>First Federal Plaza, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Teresa A. Cheek*
_____
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6666; (302) 576-3345
(302) 571-6676; (302) 576-3286
bwilloughby@ycst.com, tcheek@ycst.com
Attorneys for Defendant

Dated: August 7, 2006