LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

August 7, 2006

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

**HAND DELIVER**
The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

                    RE:    Bhatti v. J.P. Morgan Chase Bank, N.A.
                           C.A. No.: 05-690 (KAJ)

Dear Judge Jordan:

    I am enclosing with this letter a courtesy copy of a stipulation filed by the parties concerning the scheduling order in this matter.  The original scheduling order had a discovery cut off of August 31, 2006.  The date for dispositive motions is October 31, 2006.  Thus, the extension of the discovery cut off of 30 days should not impact in any way effect the other portions of the scheduling order in this matter, with regards to dispositive motions and/or trial date.

    We are requesting this additional time in order to finish taking defendant's individual depositions, some of who were not available, for personal medical reasons or otherwise in August 2006.

    Thank you for Your Honor's consideration.

                            Respectfully,

                            Gary W. Aber

GWA/mac
Enclosure
cc:    Teresa A. Cheek, Esquire (By Hand)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| v. | ) | TRIAL BY JURY DEMANDED |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties, subject to the approval of the Court, that the Scheduling Order of this matter shall be amended as follows:

Discovery Cut Off                September 30, 2006

All other deadlines remain the same as in the original order.

ABER, GOLDLUST, BAKER & OVER      YOUNG, CONAWAY, STARGATT & TAYLOR

_____/s/ Gary W. Aber_____
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

_____/s/ Teresa A. Cheek_____
TERESA A. CHEEK (DSB #2657)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
302-571-6666
Attorneys for Defendant

SO ORDERED, this _____day of _____, 2006.

_____
The Honorable Kent A. Jordan