IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J.P. MORGAN CHASE, a Delaware )<br>Corporation, )<br>)<br>Defendant. ) | C.A. No.: 05-690 (KAJ)<br><br>TRIAL BY JURY DEMANDED |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties, subject to the approval of the Court, that the Scheduling Order of this matter shall be amended as follows:

    Discovery Cut Off                 September 30, 2006

All other deadlines remain the same as in the original order.

ABER, GOLDLUST, BAKER & OVER    YOUNG, CONAWAY, STARGATT & TAYLOR


_____/s/ Gary W. Aber_____
GARY W. ABER (DSB #754)            _____/s/ Teresa A. Cheek_____
First Federal Plaza, Suite 600           TERESA A. CHEEK (DSB #2657)
702 King Street, P.O. Box 1675         1000 West Street, 17th Floor
Wilmington, DE  19899                    P.O. Box 391
302-472-4900                                 Wilmington, DE  19899
Attorney for Plaintiff                       302-571-6666
                                                 Attorneys for Defendant

      SO ORDERED, this _____day of _____, 2006.


_____
The Honorable Kent A. Jordan