IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 05-690 KAJ |
| J.P. MORGAN CHASE, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, Teresa A. Cheek, hereby certify that on August 23, 2006, two copies of Defendant's Answers to Plaintiff's Fourth Set of Interrogatories were hand delivered to the following attorney of record:

>Gary W. Aber, Esquire
>Aber, Goldlust & Baker
>First Federal Plaza
>Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675

>YOUNG, CONAWAY, STARGATT & TAYLOR

>/s/ *Teresa A. Cheek*
>_____
>Barry M. Willoughby (Bar No. 1016)
>Teresa A. Cheek (Bar No. 2657)
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899
>302-571-6666, 302-571-6676
>Attorneys for Defendant

Dated: August 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, I electronically filed a true and correct copy of the foregoing Defendant's Answers to Plaintiff's Fourth Set of Interrogatories and this Certificate of Service, with the Clerk of the Court using CM/ECF, and further caused a copy of same to be served by hand delivery on the following counsel of record:

>   Gary W. Aber, Esquire
>   First Federal Plaza, Suite 600
>   P.O. Box 1675
>   Wilmington, DE 19899

>   YOUNG, CONAWAY, STARGATT & TAYLOR
>
>   /s/ *Teresa A. Cheek*
>   Teresa A. Cheek (Bar No. 2657)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   P.O. Box 391
>   Wilmington, DE  19899
>   Telephone: (302) 571-6676
>   Facsimile: (302) 576-3286
>   Attorneys for Defendant

Dated: August 23, 2006