IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    Teresa A. Cheek
       Young, Conaway, Stargatt & Taylor
       1000 West Street, 17th Floor
       P.O. Box 391
       Wilmington, DE  19899

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE,** that the undersigned will take the oral deposition of

Heather Blair on September 28, 2006 at 10:00 a.m. in the offices of Aber, Goldlust,

Baker & Over, located at 702 King Street, Suite 600 Wilmington, DE  19801:

ABER, GOLDLUST, BAKER & OVER

  /s/ Gary W. Aber.
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  September 18, 2006

## **CERTIFICATE OF SERVICE**

This certifies that the undersigned served two copies of the attached pleadings by hand delivery to the below-named Counsel, on September 18, 2006:

> Teresa A. Cheek, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

> _____/s/ Melissa A. Chionchio_____
> Melissa  A. Chionchio
> Secretary to
> Gary W. Aber, Esquire