IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

TO: Teresa A. Cheek
     Young, Conaway, Stargatt & Taylor
     1000 West Street, 17th Floor
     P.O. Box 391
     Wilmington, DE 19899

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE,** that the undersigned will take the oral deposition of Andrea Hodges, on September 22, 2006 at 2:00 p.m. in the offices of Aber, Goldlust, Baker & Over, located at 702 King Street, Suite 600 Wilmington, DE 19801:

           ABER, GOLDLUST, BAKER & OVER

           /s/ Gary W. Aber.
           GARY W. ABER (DSB #754)
           First Federal Plaza, Suite 600
           702 King Street, P.O. Box 1675
           Wilmington, DE 19899
           302-472-4900

DATED: September 18, 2006           Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

       This certifies that the undersigned served two copies of the attached pleadings by hand delivery to the below-named Counsel, on September 18, 2006:

>Teresa A. Cheek, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>    /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to
>Gary W. Aber, Esquire