IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    Teresa A. Cheek
        Young, Conaway, Stargatt & Taylor
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE  19899

## <u>NOTICE OF DEPOSITION DEUCES TECUM\*</u>

**PLEASE TAKE NOTICE,** that the undersigned will take the oral deposition of

William Kenny, on September 22, 2006 at 11:00 a.m. in the offices of Aber, Goldlust,

Baker & Over, located at 702 King Street, Suite 600 Wilmington, DE  19801:

ABER, GOLDLUST, BAKER & OVER

 /s/ Gary W. Aber.
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900

DATED:  September 18, 2006          Attorney for Plaintiff

\*The deponent is to bring with him any and all documents relating to his management of
the plaintiff, evaluations of the plaintiff's work skills, evaluations of the plaintiff's
managerial skills, other documentation relating to the qualifications of the plaintiff.

## CERTIFICATE OF SERVICE

This certifies that the undersigned served two copies of the attached pleadings by hand delivery to the below-named Counsel, on September 18, 2006:

Teresa A. Cheek, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


_____/s/ Melissa A. Chionchio_____
Melissa  A. Chionchio
Secretary to
Gary W. Aber, Esquire