IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-690 (KAJ) |
| ) | |
| v. ) | TRIAL BY JURY DEMANDED |
| ) | |
| J.P. MORGAN CHASE, a Delaware ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

TO:  Teresa A. Cheek
　　　Young, Conaway, Stargatt & Taylor
　　　1000 West Street, 17th Floor
　　　P.O. Box 391
　　　Wilmington, DE  19899

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE,** that the undersigned will take the oral deposition of James Mallon on September 29, 2006 at 12:00 p.m. in the offices of Aber, Goldlust, Baker & Over, located at 702 King Street, Suite 600 Wilmington, DE  19801:

　　　　　　　　　　　　　　　　　　　　ABER, GOLDLUST, BAKER & OVER

　　　　　　　　　　　　　　　　　　　　  /s/ Gary W. Aber.
　　　　　　　　　　　　　　　　　　　　GARY W. ABER (DSB #754)
　　　　　　　　　　　　　　　　　　　　First Federal Plaza, Suite 600
　　　　　　　　　　　　　　　　　　　　702 King Street, P.O. Box 1675
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　　　302-472-4900
DATED:  September 18, 2006　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This certifies that the undersigned served two copies of the attached pleadings by hand delivery to the below-named Counsel, on September 18, 2006:

>Teresa A. Cheek, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>_____/s/ Melissa A. Chionchio_____
>Melissa  A. Chionchio
>Secretary to
>Gary W. Aber, Esquire