IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    Teresa A. Cheek
      Young, Conaway, Stargatt & Taylor
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE  19899

## **NOTICE OF 30 (b)(6) DEPOSITION**

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6),

Federal Rules of Civil Procedure, the defendants, are to designate the appropriate

personnel most knowledgeable with the list of jobs attached to the plaintiff's fourth set of

interrogatories, the personal knowledgeable as to the jobs the plaintiff applied for, was

not interviewed for, and was not hired for a deposition to be taken on September 25,

2006 beginning at 11:30 a.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600,

First Federal Plaza, 702 King Street, Wilmington, DE 19801.

                    ABER, GOLDLUST, BAKER & OVER

                    _/s/ Gary W. Aber._
                    GARY W. ABER (DSB #754)
                    First Federal Plaza, Suite 600
                    702 King Street, P.O. Box 1675
                    Wilmington, DE  19899
                    302-472-4900

DATED:  September 18, 2006       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This certifies that the undersigned served two copies of the attached pleadings by hand delivery to the below-named Counsel, on September 18, 2006:

Teresa A. Cheek, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


_____/s/ Melissa A. Chionchio_____
Melissa  A. Chionchio
Secretary to
Gary W. Aber, Esquire