IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

TO: Teresa A. Cheek
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

## RE-NOTICE OF 30 (b)(6) DEPOSITION

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6), Federal Rules of Civil Procedure, the defendants, are to designate the appropriate personnel most knowledgeable with plaintiff's job profile, including an explanation as to why jobs were sent to him, soliciting his application as well as the criteria for soliciting applications from the plaintiff for a deposition to be taken on October 4, 2006 beginning at 10:00 a.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

                       ABER, GOLDLUST, BAKER & OVER

                        /s/ Gary W. Aber.
                       GARY W. ABER (DSB #754)
                       First Federal Plaza, Suite 600
                       702 King Street, P.O. Box 1675
                       Wilmington, DE  19899
                       302-472-4900
DATED: September 21, 2006        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

This certifies that the undersigned served two copies of the attached pleadings by hand delivery to the below-named Counsel, on September 21, 2006:

>Teresa A. Cheek, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>    /s/ Melissa A. Chionchio
>Melissa  A. Chionchio
>Secretary to
>Gary W. Aber, Esquire