IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) | |

TO:   Teresa A. Cheek
　　　Young, Conaway, Stargatt & Taylor
　　　1000 West Street, 17th Floor
　　　P.O. Box 391
　　　Wilmington, DE  19899

## RE-NOTICE OF 30 (b)(6) DEPOSITION

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6), Federal Rules of Civil Procedure, the defendants, are to designate the appropriate personnel most knowledgeable with the list of jobs attached to the plaintiff's fourth set of interrogatories, the personal knowledgeable as to the jobs the plaintiff applied for, was not interviewed for, and was not hired for a deposition to be taken on October 4, 2006 beginning at 11:00 a.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

　　　　　　　　　　　　　　　　　　　　　　ABER, GOLDLUST, BAKER & OVER

　　　　　　　　　　　　　　　　　　　　　　  /s/ Gary W. Aber.
　　　　　　　　　　　　　　　　　　　　　　GARY W. ABER (DSB #754)
　　　　　　　　　　　　　　　　　　　　　　First Federal Plaza, Suite 600
　　　　　　　　　　　　　　　　　　　　　　702 King Street, P.O. Box 1675
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　　　　　302-472-4900
DATED:  September 21, 2006　　　　　　　Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

This certifies that the undersigned served two copies of the attached pleadings by hand delivery to the below-named Counsel, on September 21, 2006:

>Teresa A. Cheek, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>_____/s/ Melissa A. Chionchio_____
>Melissa  A. Chionchio
>Secretary to
>Gary W. Aber, Esquire