# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TERESA A. CHEEK
DIRECT DIAL: (302) 571-6676
DIRECT FAX: (302) 576-3286
tcheek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

September 25, 2006

VIA E-FILE

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
Lockbox 10
844 King Street U.S. Courthouse
Wilmington, Delaware 19801

Re: Bhatti v. J.P. Morgan Chase Bank, N.A.,
C.A. No. 05-690 (KAJ)

Dear Judge Jordan:

I am enclosing with this letter a copy of a stipulation by the parties concerning the Scheduling Order in this matter. The original scheduling order had a discovery cut off of August 31, 2006, which was extended to September 30, 2006 on about August 7, 2006, by stipulation and order. The original (and current) deadline for dispositive motions is October 31, 2006. Plaintiff wishes to take the deposition of a witness who has been on maternity leave since June 23, 2006 and has issued a subpoena to obtain her attendance. She cannot make childcare arrangements to make herself available for deposition until October 13, 2006. To accommodate her circumstances, Defendant is willing to extend the time for discovery until October 13, 2006, but would need a short extension of time, until November 10, 2006, for briefing Defendant's anticipated motion for summary judgment. The extension of the discovery cut off and summary judgment briefing schedule should not affect the other portions of the scheduling order in this matter pertaining to the trial date.

Thank you for Your Honor's consideration.

Respectfully yours,

/s/ *Teresa A. Cheek*
Teresa A. Cheek
No. 2657

Enclosure

cc: Clerk of Court (via E-File)
Gary W. Aber (via E-File)

DB02:5528597.1

058653.1004