IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

TO: Teresa A. Cheek
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

### RE-NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE,** that the undersigned will take the oral deposition of Heather Blair on October 13, 2006 at 12:30 p.m. in the offices of Aber, Goldlust, Baker & Over, located at 702 King Street, Suite 600 Wilmington, DE 19801:

    ABER, GOLDLUST, BAKER & OVER

    /s/ Gary W. Aber.
    GARY W. ABER (DSB #754)
    First Federal Plaza, Suite 600
    702 King Street, P.O. Box 1675
    Wilmington, DE 19899
    302-472-4900

DATED: September 29, 2006    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This certifies that the undersigned served two copies of the attached pleadings by hand delivery to the below-named Counsel, on September 29, 2006:

> Teresa A. Cheek, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

> _____/s/ Melissa A. Chionchio_____
> Melissa  A. Chionchio
> Secretary to
> Gary W. Aber, Esquire