# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

TERESA A. CHEEK
DIRECT DIAL:   (302) 571-6676
DIRECT FAX:     (302) 576-3286
tcheek@ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 19, 2006

<u>VIA E-FILE</u>

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
Lockbox 10
844 King Street U.S. Courthouse
Wilmington, Delaware 19801

> Re:     Bhatti v. J.P. Morgan Chase Bank, N.A.,
>           C.A. No. 05-690 (KAJ)

Dear Judge Jordan:

I am writing on behalf of both parties to advise the Court of the parties' request for a further extension of time for the completion of discovery and briefing of case dispositive motions, and I am filing with this letter a stipulation to amend the Scheduling Order. As I explained in my letter of September 25, 2006, the parties have had difficulties scheduling the deposition of a witness who is on maternity leave. We had scheduled her deposition for October 13, 2006 but at the last minute her child care arrangements fell through. After she returns to work on November 7, 2006 her baby will be in day care and she will be able to appear. In addition, plaintiff wishes to take the depositions of several other individuals who made or were involved in decisions not to hire plaintiff for approximately ten positions he sought with defendant.

The Court has previously granted extensions of time to accommodate these scheduling issues. We are now seeking a final extension of time. Under the new schedule, discovery will be complete by December 31, 2006 and briefing of case dispositive motions will be complete on February 23, 2007. Trial is scheduled at present to begin on May 27, 2007. The parties believe that the extension of the discovery cut off and case dispositive motion briefing schedule should not affect the other portions of the scheduling order in this matter pertaining to the trial date.

Thank you for Your Honor's consideration.

Respectfully yours,

/s/ Teresa A. Cheek
Teresa A. Cheek
No. 2657

DB02:5564181.1                                                                         058653.1004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

October 19, 2006
Page 2


cc:    Clerk of Court (via E-File)
       Gary W. Aber (via E-File)

YOUNG CONAWAY STARGATT & TAYLOR, LLP