IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | ) |
|          Plaintiff, | ) |
| v. | ) C.A. No. 05-690 KAJ |
| J.P. MORGAN CHASE, a Delaware corporation, | ) |
|          Defendant. | ) |

STIPULATION AND ORDER

IT IS HEREBY STIPULATED, this 19th day October, 2006, by and between the parties, subject to the approval of the Court, that the Scheduling Order of this matter shall be amended as follows:

| | |
|---|---|
| Discovery Cut Off | December 31, 2006 |
| Case Dispositive Motions and Opening Brief | January 31, 2007 |
| Answering Brief | February 20, 2007 |
| Reply Brief | March 1, 2007 |

ABER GOLDLUST BAKER & OVER

/s/ Gary W. Aber
Gary W. Aber, Esquire (No. 754)
First Federal Plaza
Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
Attorney for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6666; (302) 571-6676
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2006.

_____
Kent A. Jordan, U.S.D.J.