IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEARIQ BHATTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-690-KAJ |
| | ) | |
| J.P. MORGAN CHASE, a Delaware corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **23rd** day of **October, 2006**,

IT IS ORDERED that a teleconference relating to the schedule has been set for **November 2, 2006 at 3:00 p.m.** with the undersigned. **Counsel for Defendant shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE