IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEARIQ BHATTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-690-KAJ |
| | ) | |
| J.P. MORGAN CHASE, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**FIRST AMENDED SCHEDULING ORDER**

At Wilmington this 2nd day of November, 2006,

IT IS HEREBY ORDERED that the court's February 21, 2006 Scheduling Order (D.I. 27) is amended as follows:

1. Discovery

    a. Discovery Cut Off. All discovery in this case shall be initiated so that it will be completed on or before December 29, 2006. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

2. Case Dispositive Motions. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before January 23, 2007. Briefing will be presented pursuant to the Court's Local Rules.

3. Applications by Motion. Except as otherwise specified herein, any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to

Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

    4.    Pretrial Conference. On June 11, 2007, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 4:30 p.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before May 11, 2007.

    5.    Motions *in Limine*. Motions *in limine* shall not be separately filed. All *in limine* requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be limited to five *in limine* requests, unless otherwise permitted by the Court. The *in limine* request and any response shall contain the authorities relied upon; each *in limine* request may be supported by a maximum of five pages of argument and may be opposed by a maximum of five pages of argument. If more than one party is supporting or opposing an *in limine* request, such support or opposition shall be combined in a single five (5) page submission, unless otherwise ordered by the Court. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

    6.    Jury Instructions, Voir Dire, and Special Verdict Forms. Where a case is to be tried to a jury, pursuant to Local Rules 47 and 51 the parties should file proposed voir dire, instructions to the jury, and special verdict forms and jury interrogatories three

full business days before the final pretrial conference. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains the instructions, proposed voir dire, special verdict forms, and jury interrogatories.

7.   Trial. This matter is scheduled for a 4 day jury trial beginning at 9:30 a.m. on July 9, 2007. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 9 hours to present their case.

All other deadlines set forth in the court's Scheduling Order of February 21, 2006 (D.I. 27) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE