LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

January 23, 2007

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

**HAND DELIVER**
Magistrate Judge Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

RE: Bhatti v. J.P. Morgan Chase Bank, N.A.
C.A. No.: 05-690 *****

Dear Judge Thynge:

Accompanying this letter is a courtesy copy of a stipulation, in which the parties have agreed to modify the scheduling order. In light of Judge Jordan's elevation to the Third Circuit Court of Appeals, it seems clear that the scheduling order that was in place will not be applicable in this matter. In addition, because of certain personal time limitations, the concluding few depositions in this matter could not be conducted before December 31, 2006.

As you can see this matter has been stipulated to by the defendant, and we have discussed among ourselves the limited amount of additional discovery that is required in this case.

Thank you for Your Honor's consideration.

Respectfully,

/s/ Gary W. Aber

Gary W. Aber

GWA/mac
Enclosure
cc:   Teresa A. Cheek, Esquire (By Hand)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, )<br>)<br>        Plaintiff, )<br>   v. )<br>) C.A. No. 05-690 KAJ<br>J.P. MORGAN CHASE, a Delaware )<br>corporation, )<br>)<br>        Defendant. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, this 23rd day of January, 2007, by and between the parties, subject to the approval of the Court, that the Scheduling Order of this matter shall be amended as follows:

| | |
|---|---|
| Discovery Cut Off | April 2, 2007 |
| Case Dispositive Motions and Opening Brief | May 4, 2007 |
| Answering Brief | June 1, 2007 |
| Reply Brief | June 15, 2007 |

ABER GOLDLUST BAKER & OVER

/s/ Gary W. Aber
Gary W. Aber, Esquire (No. 754)
First Federal Plaza
Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
Attorney for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6666; (302) 571-6676
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2007.

_____
U.S.D.J.