IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI,               )<br>                                         )<br>         Plaintiff,              )<br>   v.                              )<br>                                         )   C.A. No. 05-690 KAJ<br>J.P. MORGAN CHASE, a Delaware )<br>corporation,                   )<br>                                         )<br>         Defendant.         ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, this 23rd day of January, 2007, by and between the parties, subject to the approval of the Court, that the Scheduling Order of this matter shall be amended as follows:

| | |
|---|---|
| Discovery Cut Off | April 2, 2007 |
| Case Dispositive Motions and Opening Brief | May 4, 2007 |
| Answering Brief | June 1, 2007 |
| Reply Brief | June 15, 2007 |

ABER GOLDLUST BAKER & OVER

/s/ *Gary W. Aber*
Gary W. Aber, Esquire (No. 754)
First Federal Plaza
Suite 600
P.O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900
Attorney for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Teresa A. Cheek*
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6666; (302) 571-6676
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2007.

_____
U.S.D.J.