## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-690-*** |
| J. P. MORGAN CHASE, a Delaware Corporation, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **24th** day of **January, 2007**,

IT IS ORDERED that a status teleconference has been scheduled for **Thursday, February 1, 2007 at 9:30 a.m.** with Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE