## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 05-690 *** |
| J.P. MORGAN CHASE, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

### JOINT CONSENT TO THE EXERCISE OF
### JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings.

IT IS SO STIPULATED:

| ABER GOLDLUST BAKER & OVER | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Gary W. Aber* | /s/ *Teresa A. Cheek* |
| Gary W. Aber, Esquire (No. 754) | Teresa A. Cheek, Esquire (No. 2657) |
| First Federal Plaza | The Brandywine Building, 17th Floor |
| Suite 600 | 1000 West Street |
| P.O. Box 1675 | P.O. Box 391 |
| Wilmington, DE 19899-1675 | Wilmington, DE 19899-0391 |
| (302) 472-4900 | (302) 571-6676 |
| Attorney for Plaintiff | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 05-690 *** |
| J.P. MORGAN CHASE, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings in accordance with 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge