# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TERESA A. CHEEK
DIRECT DIAL: (302) 571-6676
DIRECT FAX: (302) 576-3286
tcheek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 1, 2007

**BY E-FILE**

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 N. King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

   RE: Bhatti v. J.P. Morgan Chase Bank, N.A.
      C.A. No.: 05-690-MPT

Dear Magistrate Judge Thynge:

  The current dispositive motion deadline in the above-referenced matter is this Friday, May 4, 2007. For the reasons we discussed with Your Honor recently, Mr. Aber and I are filing a proposed stipulation and order to set a new discovery cut-off date and dispositive motion deadline. The proposed discovery cut-off date is August 31, 2007 and the proposed date for dispositive motions is September 21, 2007). Briefing would be completed on November 2, 2007. The parties have consented to Your Honor's jurisdiction but we have not yet discussed or set a trial date.

  Thank you for your consideration of this matter.

               Respectfully yours,

               /s/ *Teresa A. Cheek*

               Teresa A. Cheek
               (DE Bar No. 2657)

cc: Gary W. Aber, Esquire (by e-file)