IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TARIQ BHATTI,                          )
                                       )
                    Plaintiff,         )
        v.                             )
                                       )  C.A. No. 05-690-MPT
J.P. MORGAN CHASE, a Delaware          )
corporation,                           )
                                       )
                    Defendant.         )

**STIPULATION AND ORDER REGARDING SCHEDULING**

IT IS HEREBY STIPULATED, this 1st day of May, 2007, by and between the parties,

subject to the approval of the Court, that the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Discovery Cut Off | August 31, 2007 |
| Case Dispositive Motions and Opening Brief | September 21, 2007 |
| Answering Brief | October 19, 2007 |
| Reply Brief | November 2, 2007 |

ABER GOLDLUST BAKER & OVER          YOUNG CONAWAY STARGATT &
                                    TAYLOR, LLP


/s/ *Gary W. Aber*_____       /s/ *Teresa A. Cheek*_____
Gary W. Aber, Esquire (No. 754)     Teresa A. Cheek, Esquire (No. 2657)
First Federal Plaza, Suite 600      The Brandywine Building, 17th Floor
P.O. Box 1675                       1000 West Street
Wilmington, DE 19899-1675           P.O. Box 391
(302) 472-4900                      Wilmington, DE 19899-0391
Attorney for Plaintiff              (302) 571-6676
                                    Attorneys for Defendant


SO ORDERED this _____ day of _____, 2007.


_____
Judge