IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-690-MPT |
| J.P. MORGAN CHASE, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER REGARDING SCHEDULING**

IT IS HEREBY STIPULATED, this 1st day of May, 2007, by and between the parties, subject to the approval of the Court, that the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Discovery Cut Off | August 31, 2007 |
| Case Dispositive Motions and Opening Brief | September 21, 2007 |
| Answering Brief | October 19, 2007 |
| Reply Brief | November 2, 2007 |

ABER GOLDLUST BAKER & OVER          YOUNG CONAWAY STARGATT &
                                     TAYLOR, LLP

/s/ Gary W. Aber                     /s/ Teresa A. Cheek
Gary W. Aber, Esquire (No. 754)      Teresa A. Cheek, Esquire (No. 2657)
First Federal Plaza, Suite 600       The Brandywine Building, 17th Floor
P.O. Box 1675                        1000 West Street
Wilmington, DE 19899-1675            P.O. Box 391
(302) 472-4900                       Wilmington, DE 19899-0391
Attorney for Plaintiff               (302) 571-6676
                                     Attorneys for Defendant

SO ORDERED this _2_ day of _May_____, 2007.

_____
Judge