IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (KAJ) |
| | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

TO: Teresa A. Cheek, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**NOTICE OF 30 (b)(6) DEPOSITION DUCES TECUM***

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6), Federal Rules of Civil Procedure, the defendants, are to designate the appropriate personnel most knowledgeable to testify as to all reasons why the plaintiff was not accepted in his application for job requisition number 3001636 for a deposition to be taken on August 22, 2007 beginning at 1:00 p.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

*The designated witness shall bring with him/her all documents relevant to, pertaining to, or mentioning the referenced job requisitions, the applicants for such positions, and/or documents relating to the factual basis for not awarding the position to the plaintiff.

|  |  |
|---|---|
|  | ABER, GOLDLUST, BAKER & OVER |
|  | /s/ Gary W. Aber.<br>GARY W. ABER (DSB #754)<br>First Federal Plaza, Suite 600<br>702 King Street, P.O. Box 1675<br>Wilmington, DE  19899<br>302-472-4900 |
| DATED:  July 26, 2007 | Attorney for Plaintiff |

**CERTIFICATE OF SERVICE**

This certifies that the undersigned served two copies of the attached pleadings by hand delivery to the below-named Counsel, on July 26, 2007:

>Teresa A. Cheek, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899

>____/s/ Melissa A. Chionchio_____
>Melissa A. Chionchio
>Secretary to
>Gary W. Aber, Esquire