IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEARIQ BHATTI, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 05-690-MPT |
| | ) |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) |
| | ) |
|        Defendant. | ) |

## STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINES

It is hereby stipulated by and between the parties in the above-captioned matter that, subject to the approval of the Court, the briefing schedule shall be extended as follows: (1) Case Dispositive Motions and Opening Brief, currently due on **September 21, 2007** shall be due on **September 26, 2007**; (2) the Answering Brief, currently due on **October 19, 2007**, shall be due on **October 24, 2007**; and (3) the Reply Brief, currently due on **November 2, 2007**. shall be due on **November 7, 2007**.

ABER, GOLDLUST, BAKER & OVER

_____
Gary W. Aber (No. 754)
First Federal Plaza
Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 479-4900
Attorney for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Teresa A. Cheek (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
tcheek@ycst.com
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2007.

_____
Judge