# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TERESA A. CHEEK
DIRECT DIAL:  (302) 571-6676
DIRECT FAX:   (302) 576-3286
tcheek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 3, 2007

**BY E-FILE**

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 North King Street, Room 6100
Lock Box 8
Wilmington, DE 19801

    Re: Bhatti v. J.P. Morgan Chase
       Civil Action No.: 05-690-MPT

Dear Judge Thynge:

    On September 26, 2007, Defendant filed its Motion for Summary Judgment (D.I. 86), Opening Brief in Support of Its Motion for Summary Judgment (D.I. 87), Volume 1 of the Appendix (D.I. 88), and Volume 2 of the Appendix (D.I. 89).  Both volumes of the Appendix were filed under seal pursuant to the parties' Revised Stipulated Protective Order (D.I. 41) and in compliance with this Court's Notice Regarding Personal Information.

    Due to the nature of this case, a majority of the appendix contains the plaintiff's and other applicants' personal information, employment applications and employment history.  I am therefore requesting permission to mark the entire Appendix (Volumes 1 and 2) as "Redacted."  A form of order granting the request is attached for the Court's consideration.

               Respectfully submitted,

               /s/ *Teresa A. Cheek*

               Teresa A. Cheek

TAC:dlc

Attachment

cc:  Gary W. Aber, Esquire (via E-FILE)