IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI,  )<br>  )<br>   Plaintiff,  )<br>  )<br> v.  )   C.A. No. 05-690-MPT<br>  )<br> J.P. MORGAN CHASE, a Delaware  )<br> corporation,  )<br>  )<br>   Defendant.  ) | |

**ORDER**

Defendant J.P. Morgan Chase having filed Defendant's Appendix to Opening Brief in Support of its Motion for Summary Judgment (D.I. 88) under seal, and having requested leave to mark such appendix in its entirety as "Redacted," and good cause for such leave having been shown, the request is hereby

GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE