IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 *** |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties in the above-captioned matter, subject to approval by the Court, that briefing on the Defendant's Motion for Summary Judgment will proceed as follows:

| | |
|---|---|
| Plaintiff's Answering Brief | November 9, 2007 |
| Defendant's Reply Brief | November 26 2007 |

| ABER, GOLDLUST, BAKER & OVER | YOUNG, CONAWAY, STARGATT & TAYLOR |
|---|---|
| /s/ Gary W. Aber | /s/ Teresa A. Cheek |
| GARY W. ABER (DSB #754) | TERESA A. CHEEK (DSB #2657) |
| First Federal Plaza, Suite 600 | 1000 West Street, 17th Floor |
| 702 King Street, P.O. Box 1675 | P.O. Box 391 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| 302-472-4900 | 302-571-6676 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED, this _____ day of _____, 2007.

_____

J.