LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. Box 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH
JOANNE A. SHALLCROSS**

November 8, 2007

(302) 472-4900
TELECOPIER (302) 472-4920

* ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA

Magistrate Judge Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

RE: Bhatti v. J.P. Morgan Chase Bank, N.A.
C.A. No.: 05-690 (MPT)

Dear Judge Thynge:

The defendant has filed its motion for summary judgment with accompanying appendices in the above-captioned matter. On October 3, 2007 the defendant requested permission to file the appendices as both sealed and redacted. On October 4, 2007 the Court granted the request (Dk-91) a copy of which is attached.

The basis of the defendant's request was that the appendices contained both the plaintiff's, and applicant's personal employment applications and employment history. For the same reason that the defendant request permission to file a seal and redacted appendix, the plaintiff makes a similar request. A form of Order is attached for the Court's consideration and convenience.

Thank you for Your Honor's consideration.

Respectfully,

/s/ Gary W. Aber

Gary W. Aber

GWA/mac
Enclosure
cc: Teresa A. Cheek, Esquire (By Hand)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-690-MPT |
| J.P. MORGAN CHASE, a Delaware corporation, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

Defendant J.P. Morgan Chase having filed Defendant's Appendix to Opening Brief in Support of its Motion for Summary Judgment (D.I. 88) under seal, and having requested leave to mark such appendix in its entirety as "Redacted," and good cause for such leave having been shown, the request is hereby

GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI | ) |
| | ) |
| Plaintiff, | ) C.A. No.: 05-690 (MPT) |
| | ) |
| v. | ) TRIAL BY JURY DEMANDED |
| | ) |
| J.P. MORGAN CHASE, a Delaware Corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The plaintiff, Tariq Bhatti, having filed Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment and accompanying appendix, under seal, and having requested for leave to mark such appendix in its entirety as "redacted" and good cause for such request having been shown, such request is hereby:

**GRANTED**

_____
The Honorable Mary Pat Thynge