IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-690 (MPT) |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| J.P. MORGAN CHASE BANK, N.A. | ) | |
| A National Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO PLAINTIFF'S ANSWERING BRIEF IN
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

## SEALED PURSUANT TO PROTECTIVE ORDER

GARY W. ABER (DSB #754)
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900

DATED:  November 9, 2007          Attorney for Plaintiff