IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-690 (MPT) |
| ) | |
| v. ) | TRIAL BY JURY DEMANDED |
| ) | |
| J.P. MORGAN CHASE, a Delaware ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The plaintiff, Tariq Bhatti, having filed Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment and accompanying appendix, under seal, and having requested for leave to mark such appendix in its entirety as "redacted" and good cause for such request having been shown, such request is hereby:

**GRANTED**

_____
The Honorable Mary Pat Thynge