IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-690-MPT |
| J.P. MORGAN CHASE, a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

**APPENDIX TO DEFENDANT'S REPLY BRIEF
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

# SEALED PURSUANT TO COURT'S ADMINISTRATIVE ORDER REGARDING PERSONAL INFORMATION

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Attorneys for Defendant

DATED: November 26, 2007