# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

TERESA A. CHEEK
DIRECT DIAL:  (302) 571-6676
DIRECT FAX:     (302) 576-3286
tcheek@ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 27, 2007

**BY E-FILE**

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 North King Street, Room 6100
Lock Box 8
Wilmington, DE 19801

> Re:    Bhatti v. J.P. Morgan Chase
> Civil Action No.: 05-690-MPT

Dear Judge Thynge:

On November 26, 2007, Defendant filed its Reply Brief in Support of Its Motion for Summary Judgment (D.I. 100), and the corresponding Appendix to Defendant's Reply Brief (D.I. 101).  The Appendix was filed under seal pursuant to the Court's Administrative Order regarding personal information.

Due to the nature of this case, a majority of the appendix contains the plaintiff's and other applicants' personal information, employment applications and employment history.  I am therefore requesting permission to mark the entire Appendix as "Redacted."  A form of order granting the request is attached for the Court's consideration.

Respectfully submitted,

/s/ *Teresa A. Cheek*

Teresa A. Cheek

TAC:sec

Attachment

cc:  Gary W. Aber, Esquire (via E-FILE)