IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TARIQ BHATTI | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-690-MPT |
| J.P. MORGAN CHASE BANK, N.A., a National Corporation, | : | |
| Defendant. | : | |

### JUDGMENT ORDER

For the reasons contained in the Memorandum Order of April 2, 2008,

IT IS ORDERED and ADJUDGED that JPMC's motion for summary judgment (D.I. 86) is granted regarding those positions contained in its reply brief (D.I. 100) specifically noted in footnotes 1 and 2 and at page 3 of that brief. As to the seven positions remaining and addressed in Bhatti's answering brief (D.I. 96), JPMC's motion for summary judgment is DENIED.

April 2, 2008

_____
U.S. Magistrate Judge Mary Pat Thynge