# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-690-MPT |
| J. P. MORGAN CHASE, a Delaware Corporation, | : |
| Defendant. | : |

## ORDER

At Wilmington this **2nd** day of **April, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, April 9, 2008 at 8:30 a.m.** with Judge Thynge. The purpose of the teleconference is to complete the scheduling order for the pretrial due date, pretrial and trial dates. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE