IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, )<br>)<br>Plaintiff, )<br>v. )<br>) C.A. No. 05-690-MPT<br>J.P. MORGAN CHASE, a Delaware )<br>corporation, )<br>)<br>Defendant. ) | |

**SCHEDULING ORDER**

This ___ day of April, 2008, the Court having conducted a scheduling and planning teleconference on April 9, 2008, the following schedule shall govern this case;

IT IS ORDERED that:

1.   Pretrial Conference. The Court will hold a Final Pretrial Conference in Chambers with counsel on Monday, August 11, 2008 at 9:00 a.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on August 1, 2008.

2.   Motions *in Limine*. Motions *in limine* shall not be separately filed. All *in limine* requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be limited to five *in limine* requests, unless otherwise permitted by the Court. The *in limine* request and any response shall contain the authorities relied upon; each *in limine* request may be supported by a maximum of three pages of argument and may be opposed by a maximum of three pages of argument. If more than one party

is supporting or opposing an *in limine* request, such support or opposition shall be combined in a single three (3) page submission, unless otherwise ordered by the Court. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

       3.    <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>. Pursuant to Local Rules 47 and 51 the parties must file proposed voir dire, instructions to the jury, and special verdict forms and jury interrogatories three full business days before the final pretrial conference. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains the instructions, proposed voir dire, special verdict forms, and jury interrogatories.

       4.    <u>Trial</u>. This matter will be scheduled for a 4-day jury trial beginning at 9:30 a.m. on Monday, August 25, 2008, with the remaining trial days beginning at 9:00 a.m. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 9 hours to present their case.

                                                _____
                                                /s/ Mary Pat Thynge
                                                UNITED STATES MAGISTRATE JUDGE