# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TERESA A. CHEEK
DIRECT DIAL:   (302) 571-6676
DIRECT FAX:     (302) 576-3286
tcheek@ycst.com

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 27, 2008

**BY E-FILE**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court for the District of Delaware
844 N. King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

       Re:    Bhatti v. JP Morgan Chase
                 C.A. No. 05-690-MPT

Dear Magistrate Judge Thynge:

      As Your Honor knows, the above-referenced case is scheduled for trial at the end of August.  Per our discussion of a few weeks ago, I am writing on behalf of both parties to respectfully request that Your Honor refer this case to Magistrate Judge Stark for further mediation.  We understand that Judge Stark will likely be able to schedule a session for sometime in June.

                                         Respectfully yours,

                                         /s/ *Teresa A. Cheek*
                                         Teresa A. Cheek
                                         Bar I.D. No. 2657

cc:    Gary Aber, Esquire