IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-690-MPT |
| J. P. MORGAN CHASE, a Delaware Corporation, | : |
| Defendant. | : |

### ORDER

At Wilmington this **27th** day of **May, 2008**,

IT IS ORDERED that this matter is referred to Magistrate Judge Leonard P. Stark for the purposes of exploring the possibility of a settlement.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE