# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARIQ BHATTI, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 05-690-MPT |
| J. P. MORGAN CHASE, a Delaware Corporation, | : |
|         Defendant. | : |

## ORDER

At Wilmington this **14th** day of **July, 2008**,

IT IS ORDERED that the Proposed Pretrial Order due by 8/1/2008, the Pretrial Conference set for 8/11/2008 at 9:00 AM, and the four (4) day Jury Trial set for 8/25/2008 beginning at 9:30 AM in Courtroom 2B before Judge Mary Pat Thynge are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE